**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BILOLBEK BOKIJONOV,

      Petitioner,

v.                                   No. 1:26-cv-00577-MLG-DLM

TODD M. LYONS, Acting Director, U.S. Immigration
and Customs Enforcement ("ICE"), et al.

      Respondents.

## ORDER DENYING HABEAS CORPUS PETITION AS MOOT

On February 26, 2026, Petitioner Bilolbek Bokijonov filed a Petition for a Writ of Habeas Corpus ("Petition"), Doc. 2, challenging the lawfulness of his immigration detention at Torrance County Detention Facility without an individualized custody determination. *Id.* at 3, 6; Doc. 2-1 at 1. As a remedy to this alleged Fifth Amendment due process violation, Bokijonov requested that the Court order: (1) his immediate release from federal immigration custody; or, in the alternative, (2) a bond hearing before an immigration judge at which Respondents bear the burden of justifying, by clear and convincing evidence, that his continued detention is warranted because of his dangerousness or flight risk. Doc. 2 at 4-8; *see also id.* at 9 (asking the Court for related declaratory and injunctive relief). The Court required Respondents to show cause why Bokijonov's Petition should not be granted. *See* Doc. 5. Respondents asserted that because Bokijonov's detention was governed by 8 U.S.C. § 1225(b)(2)(A), he is not entitled to a bond a hearing. Doc. 7 at 2.

On May 7, 2026, Respondents updated the Court that Bokijonov had been removed to Moldova on April 30, 2026. Doc. 10 at 2. Since Bokijonov's requested relief is no longer available, the Court—without reaching the merits of his constitutional challenge to his immigration

1

detention—hereby denies Bokijonov's Petition for Writ of Habeas Corpus, Doc. 2, as moot. Final

judgment will be entered contemporaneously pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2